# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dominick Talarico,<br>    aka Dom Talarico,<br>    aka Dominick Joseph Talarico,<br>    aka Nick Talarico,<br>    aka Dominick J Talarico,<br>    aka Dom J Talarico<br><br>                        &amp;<br><br>Maureen Talarico,<br>    aka Maureen Lee Talarico,<br>    aka Maureen L Talarico<br>                 Debtor(s) | BK NO. 17-02412 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                                                 Respectfully submitted,

                                                                 **/s/James C. Warmbrodt, Esquire**
                                                                 James C. Warmbrodt, Esquire
                                                                 KML Law Group, P.C.
                                                                 BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA  19106
                                                                412-430-3594