```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 17-02412-JJT
Dominick Talarico                                                       Chapter 13
Maureen Talarico
        Debtors               CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman              Page 1 of 2              Date Rcvd: Jul 26, 2017
                              Form ID: ntnew341            Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
```
db/jdb         +Dominick Talarico,   Maureen Talarico,   128 North Edwards Court,   Scranton, PA 18504-2020
cr             +NET Federal Credit Union,   119 Mulberry Street,   Scratnon, PA 18503-1207
4932055        +Aaron's,   309 East Paces Ferry Road NE,   Suite 1100,   Atlanta, GA 30305-2385
4932057        +Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365-5010
4932058        +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
4932059        +City of Scranton,   City Hall,   340 North Washington Avenue,   Scranton, PA 18503-1582
4932060        +Commonwealth Financial,   245 Main St,   Dickson City, PA 18519-1641
4932066         Disney Movie Club,   P.O. Box 758,   Neenah, WI 54957-0758
4932067        +Durham & Durham LLP,   5665 New Northside Drive, Suite 510,   Atlanta, GA 30328-4649
4932068         Emergency Services PC,   P O Box 319,   Dunmore, PA 18512-0319
4932069        +Frontline Asset Strategies LLC,   2700 Snelling Avenue N Suite 250,   Roseville, MN 55113-1783
4932070        +Geisinger,   P.O. Box 789276,   Philadelphia, PA 19178-9276
4932071         Geisinger CMC,   P.O. Box 824719,   Philadelphia, PA 19182-0001
4941572        +John Fisher, Esq.,   126 South Main Street,   Pittston, PA 18640-1741
4932074        +KML Law Group, P.C.,   BNY Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4932073        +Keystone Prosthetics & Ortho,   334 Main Street Suite 2,   Dickson City, PA 18519-1770
4946730       ++LENDMARK FINANCIAL SERVICES LLC,   2118 USHER STREET,   COVINGTON GA 30014-2434
                (address filed with court: Lendmark Financial Services, LLC,   2118 Usher Street,
                 Covington GA 30014)
4932075        +Lakeview Loan Servicing LLC,   4425 Ponce De Leon Blvd, 5th Fl,   Mail Stop, MS5/25,
                 Coral Gables, FL 33146-1837
4932076        +Lendmark Financial Ser,   1506 Klondike Rd,   Conyers, GA 30094-5173
4932077        +Lendmark Financial Services,   1753 Keyser Avenue,   Scranton, PA 18508-1215
4932078        +Liberty Mutual Insurance,   100 Liberty Way,   Dover, NH 03820-4597
4932081        +Medical Data Systems I,   2120 15th Ave,   Vero Beach, FL 32960-3436
4932080        +Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden, AL 35901-4173
4932082        +Medpsych Consultants LLC,   800 Oak Street,   Scranton, PA 18508-1255
4932084        +Moses Taylor Hospital,   P.O. Box 88107,   700 Quincy Avenue,   Scranton, PA 18510-1798
4941573        +NET Federal Credit Union,   126 South Main Street,   Pittston, PA 18640-1739
4932085        +Net Federal Cu,   920 Oak St,   Scranton, PA 18508-1236
4932086        +Northeast Revenue Service LLC,   Scranton City Hall, Treasurers,   340 North Washington Avenue,
                 Scranton, PA 18503-1546
4932087        +Pasi Professional Account Services,   P.O. Box 188,   Brentwood, TN 37024-0188
4932088        +Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
4932089         Pennsylvania Physician Services,   Mailstop: 49111298,   P.O. Box 660827,
                 Dallas, TX 75266-0827
4932091        +Physicians Health Alliance,   P.O. Box 618,   Dunmore, PA 18512-0618
4932092        +Provident/shore Mortga,   770 S Adams,   Birmingham, MI 48009-6946
4932093        +Radiological Consultants, Inc.,   P.O. Box 16655,   Jacksonville, FL 32245-6655
4932094        +Radiological Consultants, Inc.,   P.O. Box 371863,   Pittsburgh, PA 15250-7863
4932095        +Regional Hospital of Scranton,   746 Jefferson Avenue,   Scranton, PA 18510-1624
4932097       ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap-on Credit Llc,   Po Box 506,   Gurnee, IL 60031)
4932096        +Scranton Ortho Specialists,   334 Main Street,   Dickson City, PA 18519-1769
4932100        +Sunrise Credit Service,   234 Airport Plaza Blvd S,   Farmingdale, NY 11735-3938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4944438        +E-mail/Text: csc.bankruptcy@amwater.com Jul 26 2017 18:57:17      AMERICAN WATER,   P.O. BOX 578,
                 ALTON , IL 62002-0578
4932056        +E-mail/Text: EBNProcessing@afni.com Jul 26 2017 18:57:03      Afni, Inc.,   P.O. Box 3097,
                 Bloomington, IL 61702-3097
4932061        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2017 18:57:16      Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
4932062        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2017 18:57:16
                 Credit Collection Services,   Payment Processing Center,   P.O. Box 55126,
                 Boston, MA 02205-5126
4932063        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 26 2017 18:57:26      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
4937032        +E-mail/Text: bankruptcy@cbtno.com Jul 26 2017 18:57:20      Crescent Bank & Trust,
                 P.O. Box 61813,   New Orleans, LA 70161-1813
4932064        +E-mail/Text: bankruptcy@cbtno.com Jul 26 2017 18:57:20      Crescent Bank And Trus,
                 5401 Jefferson Hwy Ste D,   Harahan, LA 70123-4232
4932065        +E-mail/Text: mrdiscen@discover.com Jul 26 2017 18:56:46      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
4932069        +E-mail/Text: Banko@frontlineas.com Jul 26 2017 18:57:19      Frontline Asset Strategies LLC,
                 2700 Snelling Avenue N Suite 250,   Roseville, MN 55113-1783
4932072         E-mail/Text: bankruptcy@greenskycredit.com Jul 26 2017 18:56:46      GreenSky Trade Credit,
                 P.O. Box 933614,   Atlanta, GA 31193-3614
4944397       ++E-mail/Text: camanagement@mtb.com Jul 26 2017 18:56:51      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
4932079         E-mail/Text: camanagement@mtb.com Jul 26 2017 18:56:51      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
```

```
District/off: 0314-5           User: REshelman            Page 2 of 2             Date Rcvd: Jul 26, 2017
                               Form ID: ntnew341          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4932083        E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2017 18:56:58       Midland Credit Management, Inc.,
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
4932098       +E-mail/Text: bankruptcy@sw-credit.com Jul 26 2017 18:56:59      Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
4932099       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jul 26 2017 18:57:07
                 State Farm Insurance,    P.O. Box 588002,    North Metro, GA 30029-8002
4938375        E-mail/Text: bkrcy@ugi.com Jul 26 2017 18:57:14       UGI Utilities, Inc.,   PO Box 13009,
                 Reading PA 19612
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Crescent Bank & Trust,    P.O. Box 61813,    New Orleans, LA 70161-1813
4932090*      +Pennsylvania Physician Services,    Mailstop: 49111298,    P.O. Box 660827,
                 Dallas, TX 75266-0827
4947284*     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:   Snap-on Credit, LLC,    950 Technology Way, Suite 301,
                 Libertyville, IL 60048)
4932101      ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Raymond W. Ferrario    on behalf of Joint Debtor Maureen  Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Debtor Dominick  Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Crescent Bank & Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

ntnew341 (12/14)

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Dominick Talarico<br>aka Dominick Joseph Talarico, aka Dom Talarico, aka Nick Talarico, aka Dom J Talarico, aka Dominick J Talarico<br>Maureen Talarico<br>aka Maureen Lee Talarico, aka Maureen L Talarico<br><br>Debtor(s) | Chapter | 13 |
| --- | --- | --- |
| | Case No. | 5:17−bk−02412−JJT |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: September 18, 2017 |
| --- | --- |
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 26, 2017 |