UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>DOMINICK TALARICO<br>MAUREEN TALARICO<br>　　　　Debtors | : <br> : <br> : <br> : <br> : | CHAPTER 13 |
| NET FEDERAL CREDIT UNION<br>　　　　Movant | : <br> : <br> : | CASE NO. 5:17-bk-02412 |
| V. | : <br> : | |
| DOMINICK TALARICO<br>　　　　Respondent | : <br> : | |

## DEBTORS' REPLY TO OBJECTION OF NET FEDERAL CREDIT UNION TO DEBTOR'S 1ST AMENDED CHAPTER 13 PLAN

　　NOW COME DEBTORS, Dominick Talarico and Maureen Talarico, through their Attorney Raymond W. Ferrario and reply to the Objections of the NET Federal Credit Union.

　　1. Debtors have contemporaneously filed an amended Chapter 13 Plan that addresses the Objections by NET Federal Credit Union, and therefore these Objections are moot at this time.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Raymond W. Ferrario, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　　Dominick and Maureen Talarico
　　　　　　　　　　　　　　　　　　　　　Attorney ID #: 35096
　　　　　　　　　　　　　　　　　　　　　Suite 528 Scranton Life Building
　　　　　　　　　　　　　　　　　　　　　538 Spruce Street
　　　　　　　　　　　　　　　　　　　　　Scranton, PA 18503-1816
　　　　　　　　　　　　　　　　　　　　　TEL: (570) 963-7878
　　　　　　　　　　　　　　　　　　　　　FAX: (570) 963-7850
　　　　　　　　　　　　　　　　　　　　　E-mail: ferrariobk@comcast.net

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>DOMINICK TALARICO<br>MAUREEN TALARICO<br>　　　　Debtors | : <br> : <br> : <br> : <br> : | CHAPTER 13 |
| NET FEDERAL CREDIT UNION<br>　　　　Movant | : <br> : <br> : | CASE NO. 5:17-bk-02412 |
| V. | : <br> : | |
| DOMINICK TALARICO<br>　　　　Respondent | : <br> : | |

### CERTIFICATE OF SERVICE OF OBJECTION OF NET FEDERAL CREDIT UNION TO DEBTOR'S 1ST AMENDED CHAPTER 13 PLAN

I, Raymond W. Ferrario, hereby certify that I served a copy of the Certificate of Service to Objection of Net Federal Credit Union to Debtor's 1st Amended Chapter 13 Plan on September 15, 2017, by e-mail, as follows:

Charles J. DeHart, III, Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Via e-mail: dehartstaff@pamd13trustee.com*

John Fisher, Esquire
126 South Main Street
Pittston, PA 18640
*Via e-mail: fisherlawoffice@yahoo.com*

RAYMOND W. FERRARIO, P.C.

By: _____
Raymond W. Ferrario, Attorney
Dominick and Maureen Talarico
Suite 528, Scranton Life Building
538 Spruce Street
Scranton, PA 18503-1816
TEL. (570) 963-7878
FAX (570) 963-7850
E-mail: ferrariobk@comcast.net