UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOMINICK TALARICO
AKA: DOM TALARICO, DOMINICK JOSEPH
TALARICO, NICK TALARICO, DOMINICK J.
TALARICO, DOM J. TALARICO
MAUREEN TALARICO
AKA: MAUREEN L TALARICO, MAUREEN    CHAPTER 13
LEE TALARICO

                    Debtor(s)

CHARLES J. DEHART, III                CASE NO: 5-17-02412-JJT
CHAPTER 13 TRUSTEE

                    Movant

...........................................................................................................

### DEBTORS' REPLY TO MOTION TO DISMISS CHAPTER 13 CASE

    The Debtors, Dominick Talarico and Maureen Talarico, through their Attorney Raymond W. Ferrario, P.C., replied to the Motion by the Chapter 13 Trustee to Dismiss Chapter 13 case for material default.

1. The Debtors recently filed an amended Chapter 13 Plan.

2. The Debtors have signed and are circulating a Stipulation to bring current all post-petition Trustee payments.

3. Debtors have filed a Motion to Garnish Wages to make plan payments.

    Debtors request this Court deny the Motion to Dismiss Chapter 13 case.

                                  Respectfully submitted,
                                  RAYMOND W. FERRARIO, P.C.

                                  by:_____
                                  Raymond W. Ferrario
                                  Attorney for Debtor(s)
                                  Suite 528 Scranton Life Bldg.
                                  538 Spruce Street
                                  Scranton, PA 18503-1816
                                  TEL (570) 963-7878
                                  FAX (570) 963-7850
                                  E-mail: ferrariobk@comcast.net

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOMINICK TALARICO
AKA: DOM TALARICO, DOMINICK JOSEPH
TALARICO, NICK TALARICO, DOMINICK J.
TALARICO, DOM J. TALARICO
MAUREEN TALARICO
AKA: MAUREEN L TALARICO, MAUREEN
LEE TALARICO

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-17-02412-JJT

Movant

## CERTIFICATE OF SERVICE

I, Raymond W. Ferrario, hereby certify that I served a copy of the Reply to Motion to Dismiss Chapter 13 Case on October 26, 2017, as indicated, below.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
E-mail: dehartstaff@pamd13trustee.com

John Fisher, Esquire
126 South Main Street
Pittston, PA 18640
*Via e-mail: fisherlawoffice@yahoo.com*

Respectfully submitted,
RAYMOND W. FERRARIO, P.C.

by: _____
Raymond W. Ferrario
Attorney for Debtor(s)
Suite 528 Scranton Life Bldg.
538 Spruce Street
Scranton, PA 18503-1816
TEL (570) 963-7878
FAX (570) 963-7850
E-mail: ferrariobk@comcast.net