IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,
   (Debtor(s)

CHAPTER 13

CASE NO. 5-17–bk-2412-JJT

..........................................................

## MOTION TO ATTACH WAGES

**AND NOW** this 26th day of October, 2017, comes the debtor(s) Dominick Talarico, a/k/a Dominick Joseph Talarico, by and through his attorney, Raymond W. Ferrario, and respectfully represents:

(1) The debtor(s) filed a Chapter 13 petition on June 8, 2017.

(2) The debtor(s) filed an amended Chapter 13 Plan.

(3) The debtor(s) receives regular income from employment with Stadium International Sales & Service which may be attached under 11 U.S.C. §1326 to fund the Chapter 13 Plan.

(4) The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

(5) The debtor(s) Dominick Talarico, a/k/a Dominick Joseph Talarico consents to the wage attachment.

**WHEREFORE**, the debtor(s) respectfully requests that this Court enter an Order directing the above mentioned employer to pay Trustee in the amount set forth in the

attached Order.

Respectfully submitted,
RAYMOND W. FERRARIO, P.C.

by: _____
Raymond W. Ferrario
Attorney for Debtor(s)
Suite 528, Scranton Life Bldg., 538 Spruce Street
Scranton, PA 18503-1816
TEL (570) 963-7878
FAX (570) 963-7850
E-mail: raymondwferrariopc@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHAPTER 13

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,

CASE NO. 5-17–bk-2412-JJT

    (Debtor(s)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DEBTOR(S) CONSENT TO VOLUNTARY
## WAGE ATTACHMENT

I, Dominick Talarico, aka Dominick Joseph Talarico, hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Dated 10/26/17

_____
Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHAPTER 13

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,   CASE NO. 5-17–bk-2412-JJT
(Debtor(s)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER TO PAY TRUSTEE

Upon consideration of the above referenced debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

Employer,   Stadium International Sales & Service
Attn:       Payroll Department
Address:    23285 State Route 342
            Watertown, NY 13601
            Phone #: (315) 779-1960

shall deduct from said debtor's income the sum of $806.53 from each bi-weekly pay check, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deducted sums to:

CHARLES J. DE HART, III
STANDING CHAPTER 13 TRUSTEE
P. O. 7005
LANCASTER, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

                                      CHAPTER 13

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,       CASE NO. 5-17--bk-2412-JJT
    (Debtor(s)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CERTIFICATE OF SERVICE

**AND NOW** this _26_ day of October, 2017, I hereby certify that the Chapter 13 Trustee and U.S. Trustee has been served a copy of this Motion electronically at the below address:

CHARLES J. DeHART, III
STANDING CHAPTER 13 TRUSTEE
dehartstaff@pamd13trustee.com,harrisburgecf@ramapo.com;harrecf@ramapo.com

United States Trustee
ustregion03.ha.ecf@usdoj.gov


John Fisher, Esquire
126 South Main Street
Pittston, PA 18640
*Via e-mail: fisherlawoffice@yahoo.com*


                                    RAYMOND W. FERRARIO, P.C.

                                    by:_____
                                    Raymond W. Ferrario
                                    Attorney for Debtor(s)
                                    Suite 528 Scranton Life Building
                                    538 Spruce Street
                                    Scranton, PA 18503-1816
                                    TEL: (570) 963-7878
                                    FAX: (570) 963-7850