```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02412-JJT
Dominick Talarico                                               Chapter 13
Maureen Talarico
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Oct 30, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db/jdb         +Dominick Talarico,   Maureen Talarico,   128 North Edwards Court,   Scranton, PA 18504-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Raymond W. Ferrario    on behalf of Debtor 2 Maureen   Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Debtor 1 Dominick   Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Crescent Bank & Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DOMINICK TALARICO | : | |
| DOM TALARICO | : | |
| DOMINICK JOSEPH TALARICO | : | |
| NICK TALARICO | : | |
| DOMINICK J. TALARICO | : | |
| DOM J. TALARICO | : | |
| MAUREEN TALARICO | : | |
| MAUREEN L TALARICO | : | |
| MAUREEN LEE TALARICO | : | |
| Debtor(s) | : | CASE NO. 5:17-BK-02412JJT |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 26 |
| vs | : | |
| | : | |
| DOMINICK TALARICO | : | |
| DOM TALARICO | : | |
| DOMINICK JOSEPH TALARICO | : | |
| NICK TALARICO | : | |
| DOMINICK J. TALARICO | : | |
| DOM J. TALARICO | : | |
| MAUREEN TALARICO | : | |
| MAUREEN L TALARICO | : | |
| MAUREEN LEE TALARICO | : | |
| | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed October 27, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about October 12, 2017,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RE)

Dated: October 30, 2017