```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 17-02412-JJT
Dominick Talarico                                                Chapter 13
Maureen Talarico
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5       User: REshelman           Page 1 of 2         Date Rcvd: Nov 01, 2017
                           Form ID: ntcnfhrg         Total Noticed: 61
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.

```
db/jdb       +Dominick Talarico,    Maureen Talarico,    128 North Edwards Court,    Scranton, PA 18504-2020
cr           +NET Federal Credit Union,   119 Mulberry Street,    Scratnon, PA 18503-1207
4932055      +Aaron's,    309 East Paces Ferry Road NE,    Suite 1100,    Atlanta, GA 30305-2385
4932057      +Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365-5010
4932058      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
4932059      +City of Scranton,    City Hall,   340 North Washington Avenue,    Scranton, PA 18503-1582
4932060      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
4982414       Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
               Carol Stream, IL  60197-5008
4932066       Disney Movie Club,    P.O. Box 758,    Neenah, WI 54957-0758
4932067      +Durham & Durham LLP,    5665 New Northside Drive, Suite 510,    Atlanta, GA 30328-4649
4932068       Emergency Services PC,    P O Box 319,    Dunmore, PA 18512-0319
4932070       Geisinger,    P.O. Box 789276,    Philadelphia, PA 19178-9276
4932071       Geisinger CMC,    P.O. Box 824719,    Philadelphia, PA 19182-0001
4941572      +John Fisher, Esq.,    126 South Main Street,    Pittston, PA 18640-1741
4932074      +KML Law Group, P.C.,    BNY Independence Center,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
4932073      +Keystone Prosthetics & Ortho,    334 Main Street Suite 2,    Dickson City, PA 18519-1770
4946730     ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
             (address filed with court:  Lendmark Financial Services, LLC,    2118 Usher Street,
               Covington GA 30014)
4932075      +Lakeview Loan Servicing LLC,    4425 Ponce De Leon Blvd, 5th Fl,    Mail Stop, MS5/25,
               Coral Gables, FL 33146-1837
4932076      +Lendmark Financial Ser,    1506 Klondike Rd,    Conyers, GA 30094-5173
4932077      +Lendmark Financial Services,    1753 Keyser Avenue,    Scranton, PA 18508-1215
4932078      +Liberty Mutual Insurance,    100 Liberty Way,    Dover, NH 03820-4597
4932081      +Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL 32960-3436
4932080      +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
4932082      +Medpsych Consultants LLC,    800 Oak Street,    Scranton, PA 18508-1255
4932084      +Moses Taylor Hospital,    P.O. Box 88107,    700 Quincy Avenue,    Scranton, PA 18510-1798
4941573      +NET Federal Credit Union,    126 South Main Street,    Pittston, PA 18640-1739
4932085      +Net Federal Cu,    920 Oak St,    Scranton, PA 18508-1236
4932086      +Northeast Revenue Service LLC,    Scranton City Hall, Treasurers,    340 North Washington Avenue,
               Scranton, PA 18503-1546
4932087      +Pasi Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
4932088      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
4932089       Pennsylvania Physician Services,    Mailstop: 49111298,    P.O. Box 660827,
               Dallas, TX 75266-0827
4932091      +Physicians Health Alliance,    P.O. Box 618,    Dunmore, PA 18512-0618
4932092      +Provident/shore Mortga,    770 S Adams,    Birmingham, MI 48009-6946
4932094      +Radiological Consultants, Inc.,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
4932093      +Radiological Consultants, Inc.,    P.O. Box 16655,    Jacksonville, FL 32245-6655
4932095      +Regional Hospital of Scranton,    746 Jefferson Avenue,    Scranton, PA 18510-1624
4932097     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court:  Snap-on Credit Llc,    Po Box 506,    Gurnee, IL 60031)
4932096      +Scranton Ortho Specialists,    334 Main Street,    Dickson City, PA 18519-1769
4932100      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
4932101      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4944438      +E-mail/Text: csc.bankruptcy@amwater.com Nov 01 2017 19:21:54     AMERICAN WATER,    P.O. BOX 578,
               ALTON , IL 62002-0578
4983464      +E-mail/Text: g20956@att.com Nov 01 2017 19:21:41     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
4932056      +E-mail/Text: EBNProcessing@afni.com Nov 01 2017 19:21:15     Afni, Inc.,    P.O. Box 3097,
               Bloomington, IL 61702-3097
4973551      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2017 19:30:35
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
4932061      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 01 2017 19:21:52     Credit Coll,
               Po Box 607,    Norwood, MA 02062-0607
4932062      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 01 2017 19:21:52
               Credit Collection Services,    Payment Processing Center,    P.O. Box 55126,
               Boston, MA 02205-5126
4932063      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2017 19:25:09     Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
4937032      +E-mail/Text: bankruptcy@cbtno.com Nov 01 2017 19:22:04     Crescent Bank & Trust,
               P.O. Box 61813,    New Orleans, LA 70161-1813
4932064      +E-mail/Text: bankruptcy@cbtno.com Nov 01 2017 19:22:05     Crescent Bank And Trus,
               5401 Jefferson Hwy Ste D,    Harahan, LA 70123-4232
4932065      +E-mail/Text: mrdiscen@discover.com Nov 01 2017 19:20:25     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4932069        +E-mail/Text: Banko@frontlineas.com Nov 01 2017 19:22:01      Frontline Asset Strategies LLC,
                 2700 Snelling Avenue N Suite 250,    Roseville, MN 55113-1783
4932072         E-mail/Text: bankruptcy@greenskycredit.com Nov 01 2017 19:20:25      GreenSky Trade Credit,
                 P.O. Box 933614,    Atlanta, GA 31193-3614
4944397        +E-mail/Text: camanagement@mtb.com Nov 01 2017 19:20:47      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
4932079         E-mail/Text: camanagement@mtb.com Nov 01 2017 19:20:47      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
4932083         E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2017 19:21:07      Midland Credit Management, Inc.,
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
4980332        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2017 19:21:07      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 WARREN, MI 48090-2011
4949432        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2017 19:45:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4932098        +E-mail/Text: bankruptcy@sw-credit.com Nov 01 2017 19:21:09      Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
4932099        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 01 2017 19:21:19
                 State Farm Insurance,    P.O. Box 588002,    North Metro, GA 30029-8002
4938375         E-mail/Text: bkrcy@ugi.com Nov 01 2017 19:21:47      UGI Utilities, Inc.,   PO Box 13009,
                 Reading PA 19612
4953570         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2017 19:25:19      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Crescent Bank & Trust,    P.O. Box 61813,    New Orleans, LA 70161-1813
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4932090*      +Pennsylvania Physician Services,    Mailstop: 49111298,    P.O. Box 660827,
                Dallas, TX 75266-0827
4947284*     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court:   Snap-on Credit, LLC,    950 Technology Way, Suite 301,
                 Libertyville, IL 60048)
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Raymond W. Ferrario    on behalf of Debtor 2 Maureen  Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Debtor 1 Dominick  Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Crescent Bank & Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Dominick Talarico<br>aka Dominick Joseph Talarico, aka Dom Talarico, aka Nick Talarico, aka Dom J Talarico, aka Dominick J Talarico<br>Maureen Talarico<br>aka Maureen Lee Talarico, aka Maureen L Talarico | Chapter<br><br>Case No. | 13<br><br>5:17−bk−02412−JJT |
| Debtor(s) | | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **December 1, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 1, 2017 |