United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 17-02412-JJT
Dominick Talarico                                                        Chapter 13
Maureen Talarico
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1                    Date Rcvd: Nov 09, 2017
                             Form ID: ntcltrdb         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
4932055          +Aaron's,    309 East Paces Ferry Road NE,    Suite 1100,    Atlanta, GA 30305-2385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
            John  Fisher    on behalf of Creditor   NET Federal Credit Union johnvfisher@yahoo.com,
             fisherlawoffice@yahoo.com
            Raymond W. Ferrario    on behalf of Debtor 2 Maureen  Talarico raymondwferrariopc@comcast.net,
             ferrariobk@comcast.net
            Raymond W. Ferrario    on behalf of Debtor 1 Dominick  Talarico raymondwferrariopc@comcast.net,
             ferrariobk@comcast.net
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
            William E. Craig    on behalf of Creditor   Crescent Bank & Trust ecfmail@mortoncraig.com,
             mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Dominick Talarico | Chapter | 13 |
| aka Dominick Joseph Talarico, aka Dom Talarico, aka | | |
| Nick Talarico, aka Dom J Talarico, aka Dominick J | Case No. | 5:17−bk−02412−JJT |
| Talarico | | |
| Maureen Talarico | | |
| aka Maureen Lee Talarico, aka Maureen L Talarico | | |
| | | |
| Debtor(s) | | |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#16) has been filed by the Debtor on behalf of Aaron's in the amount of $3,000.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 9, 2017 |