IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOMINICK TALARICO
MAUREEN TALARICO,
        Debtors

CHAPTER 13

CASE NO.  5:17-bk-02412

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CERTIFICATE OF SERVICE

      I, Raymond W. Ferrario, hereby certify that I served a copy of the Amended Fifth Plan and Certificate of Service on November 15, 2017, by first class mail, as follows:

Charles J. DeHart, III, Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Snap-On Credit LLC
P.O. Box 506
Gurnee, IL 60031

Dominick Talarico
Maureen Talarico
128 North Edwards Court
Scranton, Pa 18504

William E. Craig, Esquire
c/o Crescent Bank & Trust
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

City of Scranton Tax Office
c/o Northeast Revenue Service, LLC
340 N. Washington Avenue
Scranton, PA 18503

John Fisher, Esquire
c/o NET Federal Credit Union
126 South Main Street
Pittston, PA 18640

See additional pages

RAYMOND W. FERRARIO, P.C.

By:_____
Raymond W. Ferrario, Attorney
Dominick and Maureen Talarico
Suite 528, Scranton Life Building
538 Spruce Street
Scranton, PA 18503-1816
TEL. (570) 963-7878
FAX (570) 963-7850
email: ferrariobk@comcast.net

| | |
|---|---|
| AARON'S<br>309 EAST PACES FERRY ROAD NE<br>SUITE 1100<br>ATLANTA, GA 30305 | AFNI, INC.<br>P.O. BOX 3097<br>BLOOMINGTON, IL 61702 |
| CAINE & WEINER<br>PO BOX 5010<br>WOODLAND HILLS, CA 91365 | CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 |
| CITY OF SCRANTON<br>CITY HALL<br>340 NORTH WASHINGTON AVENUE<br>SCRANTON, PA 18503 | COMMONWEALTH FINANCIAL<br>245 MAIN ST<br>DICKSON CITY, PA 18519 |
| CREDIT COLLECTION<br>PO BOX 607<br>NORWOOD, MA 02062 | CREDIT COLLECTION SERVICES<br>PAYMENT PROCESSING CENTER<br>P.O. BOX 55126<br>BOSTON, MA 02205 |
| CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193 | CRESCENT BANK AND TRUS<br>5401 JEFFERSON HWY STE D<br>HARAHAN, LA 70123 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | DISNEY MOVIE CLUB<br>P.O. BOX 758<br>NEENAH, WI 54957-0758 |
| DURHAM & DURHAM LLP<br>5665 NEW NORTHSIDE DRIVE, SUITE 510<br>ATLANTA, GA 30328 | EMERGENCY SERVICES PC<br>P O BOX 319<br>DUNMORE, PA 18512-0319 |
| FRONTLINE ASSET STRATEGIES LLC<br>2700 SNELLING AVENUE N SUITE 250<br>ROSEVILLE, MN 55113 | GEISINGER<br>P.O. BOX 789276<br>PHILADELPHIA, PA 19178-9276 |
| GEISINGER CMC<br>P.O. BOX 824719<br>PHILADELPHIA, PA 19182-0001 | GREENSKY TRADE CREDIT<br>P.O. BOX 933614<br>ATLANTA, GA 31193-3614 |
| KEYSTONE PROSTHETICS & ORT<br>334 MAIN STREET SUITE 2<br>DICKSON CITY, PA 18519 | KML LAW GROUP, P.C.<br>BNY INDEPENDENCE CENTER<br>701 MARKET STREET, SUITE 500<br>PHILADELPHIA, PA 19106 |

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD, 5THFL<br>MAIL STOP, MS5/25<br>CORAL GABLES, FL 33146 | LENDMARK FINANCIAL SER<br>1506 KLONDIKE RD<br>CONYERS, GA 30094 |
| LENDMARK FINANCIAL SERVICES<br>1753 KEYSER AVENUE<br>SCRANTON, PA 18508 | LIBERTY MUTUAL INSURANCE<br>100 LIBERTY WAY<br>DOVER, NH 03821-7500 |
| M & T BANK<br>1 FOUNTAIN PLAZA<br>BUFFALO, NY 14203 | MEDICAL DATA SYSTEMS I<br>645 WALNUT ST STE 5<br>GADSDEN, AL 35901 |
| MEDICAL DATA SYSTEMS I<br>2120 15TH AVE<br>VERO BEACH, FL 32960 | MEDPSYCH CONSULTANTS LLC<br>800 OAK STREET<br>SCRANTON, PA 18508 |
| MIDLAND CREDIT MANAGEMENT, INC.<br>P.O. BOX 60578<br>LOS ANGELES, CA 90060-0578 | RADIOLOGICAL CONSULTANTS, INC.<br>P.O. BOX 16655<br>JACKSONVILLE, FL 32245 |
| MOSES TAYLOR HOSPITAL<br>P.O. BOX 88107<br>700 QUINCY AVENUE<br>SCRANTON, PA 18510 | RADIOLOGICAL CONSULTANTS, INC.<br>P.O. BOX 371863<br>PITTSBURGH, PA 15250 |
| NET FEDERAL CU<br>920 OAK ST<br>SCRANTON, PA 18508 | REGIONAL HOSPITAL OF SCRANTON<br>746 JEFFERSON AVENUE<br>SCRANTON, PA 18510 |
| NORTHEAST REVENUE SERVICE LLC<br>SCRANTON CITY HALL, TREASURERS<br>340 NORTH WASHINGTON AVENUE<br>SCRANTON, PA 18503 | SCRANTON ORTHO SPECIALISTS<br>334 MAIN STREET<br>DICKSON CITY, PA 18519 |
| PASI PROFESSIONAL ACCOUNT SERVICES<br>P.O. BOX 188<br>BRENTWOOD, TN 37024 | PROVIDENT/SHORE MORTGAGE<br>770 S ADAMS<br>BIRMINGHAM, MI 48009 |
| PENN CREDIT CORPORATION<br>916 S 14TH ST<br>HARRISBURG, PA 17104 | SOUTHWEST CREDIT SYSTE<br>4120 INTERNATIONAL PKWY<br>CARROLLTON, TX 75007 |
| PENNSYLVANIA PHYSICIAN SERVICES<br>MAILSTOP: 49111298<br>P.O. BOX 660827<br>DALLAS, TX 75266-0827 | STATE FARM INSURANCE<br>P.O. BOX 588002<br>NORTH METRO, GA 30029 |

| | |
|---|---|
| PENNSYLVANIA PHYSICIAN SERVICES<br>MAILSTOP: 49111298<br>P.O. BOX 660827<br>DALLAS, TX 75266 | SUNRISE CREDIT SERVICE<br>234 AIRPORT PLAZA BLVD S<br>FARMINGDALE, NY 11735 |
| PHYSICIANS HEALTH ALLIANCE<br>P.O. BOX 618<br>DUNMORE, PA 18512 | THE BUREAUS INC<br>1717 CENTRAL ST<br>EVANSTON, IL 60201 |
| PROVIDENT/SHORE MORTGAGE<br>770 S ADAMS<br>BIRMINGHAM, MI 48009 | |