IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHAPTER 13

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,   CASE NO. 5-17–bk-2412-JJT
    (Debtor(s)

........................................................

## CERTIFICATE OF SERVICE

**AND NOW** this _9th_ day of November, 2017, I hereby certify that the Chapter 13 Trustee and U.S. Trustee has been served a copy of this Motion electronically at the below address:

| | |
|---|---|
| CHARLES J. DeHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>dehartstaff@pamd13trustee.com;<br>harrisburgecf@ramapo.com;<br>harrecf@ramapo.com | Stadium International Sales & Service<br>Payroll Department<br>23285 State Route 342<br>Watertown, NY 13601 |

United States Trustee
ustregion03.ha.ecf@usdoj.gov

John Fisher, Esquire
126 South Main Street
Pittston, PA 18640
*Via e-mail: fisherlawoffice@yahoo.com*

                                        RAYMOND W. FERRARIO, P.C.

                                        by: _____
                                        Raymond W. Ferrario
                                        Attorney for Debtor(s)
                                        Suite 528 Scranton Life Building
                                        538 Spruce Street
                                        Scranton, PA 18503-1816
                                        TEL: (570) 963-7878
                                        FAX: (570) 963-7850
                                        E-mail: ferrariobk@comcast.net