IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHAPTER 13

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,
   (Debtor(s)

CASE NO. 5-17-bk-2412-JJT

## DEBTOR(S) CONSENT TO VOLUNTARY WAGE ATTACHMENT

I, Dominick Talarico, aka Dominick Joseph Talarico, hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Dated 10/26/17

_____
Debtor