```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 17-02412-JJT
Dominick Talarico                                                 Chapter 13
Maureen Talarico
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Nov 28, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db/jdb          +Dominick Talarico,    Maureen Talarico,    128 North Edwards Court,    Scranton, PA 18504-2020
                +Stadium International Sales & Service,    Payroll Department,    23285 State Route 342,
                  Watertown , NY 13601-5164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Raymond W. Ferrario    on behalf of Debtor 2 Maureen  Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              Raymond W. Ferrario    on behalf of Debtor 1 Dominick  Talarico raymondwferrariopc@comcast.net,
               ferrariobk@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Crescent Bank & Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOMINICK TALARICO A/K/A
DOMINICK JOSEPH TALARICO,
(Debtor(s))

CHAPTER 13

CASE NO. 5-17–bk-2412-JJT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER TO PAY TRUSTEE

Upon consideration of the above referenced debtor(s) having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

| | |
|---|---|
| Employer, | Stadium International Sales & Service |
| Attn: | Payroll Department |
| Address: | 23285 State Route 342 |
| | Watertown, NY 13601 |
| | Phone #: (315) 779-1960 |

shall deduct from said debtor's income the sum of $924.94 from each bi-weekly pay check, beginning on December 1, 2017, following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deducted sums to:

CHARLES J. DE HART, III
STANDING CHAPTER 13 TRUSTEE
P. O. 7005
LANCASTER, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: November 28, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)