**Subject:** Fwd: U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Dominick Talarico, Case Number: 17-02412, JJT, Ref: [p-114971939]
**From:** "Raymond W. Ferrario P.C." <raymondwferrariopc@comcast.net>
**Date:** 11/28/2017 9:06 AM
**To:** ferrariobk@comcast.net

-------- Forwarded Message --------
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Dominick Talarico, Case Number: 17-02412, JJT, Ref: [p-114971939]
**Date:** Mon, 27 Nov 2017 23:15:54 +0000
**From:** USBankruptcyCourts@noticingcenter.com
**To:** raymondwferrariopc@comcast.net

Notice of Returned Mail to Debtor/Debtor's Attorney

November 27, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Dominick Talarico, Case Number 17-02412, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**274 Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

[FILED WILKES-BARRE, PA 2017 NOV 30 PM 3:24 U.S. BANKRUPTCY COURT]

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Lendmark Financial Ser<br>1506 Klondike Rd<br>Conyers, GA 30094-5173 | Lendmark Financial Services<br>2118 Usher Street<br>Covington, GA 30014 |

_____      11-28-17
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Virus-free. www.avast.com

---

Attachments:

R_P51702412ntcnfhrg0140.PDF     4.8 KB

2 of 2

Case 5:17-bk-02412-JJT    Doc 58    Filed 11/30/17    Entered 12/01/17 10:37:36    Desc 11/28/2017 10:05 AM
Main Document     Page 2 of 2