IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK TALARICO<br>MAUREEN TALARICO,<br>        Debtors | CHAPTER 13<br><br>CASE NO. 5:17-bk-02412 |

## DEBTOR'S CONVERSION
## FROM CHAPTER 13 TO CHAPTER 7

**AND NOW COMES** the above **Debtors, DOMINICK TALARICO and MAUREEN TALARICO**, through their **Attorney Raymond W. Ferrario**, and hereby converts this case from Chapter 13 to Chapter 7, pursuant to 11 U.S.C. Section 1307(a) of the Bankruptcy Code.

Dated: December 27, 2019

RAYMOND W. FERRARIO, ESQUIRE
Scranton Life Bldg - Suite 528
538 Spruce Street
Scranton, PA 18503
Telephone (570) 963-7878
Fax (570) 963-7850
E-mail: ferrariobk@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK TALARICO<br>MAUREEN TALARICO,<br>         Debtors | CHAPTER 13<br><br>CASE NO. 5:17-bk-02412 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CERTIFICATE OF SERVICE**

**AND NOW**, I hereby certify that I served a copy of the Conversion from Chapter 13 to Chapter 7 and Certificate of Service on December 27, 2019, through the ECF system automatically via electronic mail, as follows:

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Email: dehartstaff@pamd13trustee.com

Office of the U.S. Trustee
228 Walnut Street Suite 1190
Harrisburg, PA 17108
ustpregion03.ha.ecf@usdoj.gov

Dominick Talarico
Maureen Talarico
128 North Hennesy Court
Scranton, PA 18504
Email: cu855@yahoo.com

                                 RAYMOND W. FERRARIO, P.C.

                                 By:_____
                                   RAYMOND W. FERRARIO, ESQUIRE
                                   Scranton Life Bldg - Suite 528
                                   538 Spruce Street
                                   Scranton, PA  18503
                                   Telephone (570) 963-7878
                                   Fax (570) 963-7850
                                   E-mail: ferrariobk@comcast.net