```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                        Case No. 17-02412-RNO
Dominick Talarico                                                             Chapter 7
Maureen Talarico
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 3                  Date Rcvd: Jan 15, 2020
                              Form ID: 309A                Total Noticed: 68
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db/jdb         +Dominick Talarico,    Maureen Talarico,    128 North Edwards Court,    Scranton, PA 18504-2020
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +John Fisher,    126 South Main Street,    Pittston, PA 18640-1739
aty            +William E. Craig,    Morton & Craig LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
cr             +NET Federal Credit Union,    119 Mulberry Street,    Scratnon, PA 18503-1207
4932057       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
4932059        +City of Scranton,    City Hall,    340 North Washington Avenue,    Scranton, PA 18503-1582
4932060        +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
4932066         Disney Movie Club,    P.O. Box 758,    Neenah, WI 54957-0758
4932067        +Durham & Durham LLP,    5665 New Northside Drive, Suite 510,    Atlanta, GA 30328-4649
4932068         Emergency Services PC,    P O Box 319,    Dunmore, PA 18512-0319
4932070         Geisinger,    P.O. Box 789276,    Philadelphia, PA 19178-9276
4932071         Geisinger CMC,    P.O. Box 824719,    Philadelphia, PA 19182-0001
4941572        +John Fisher, Esq.,    126 South Main Street,    Pittston, PA 18640-1739
4932074        +KML Law Group, P.C.,    BNY Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4932073        +Keystone Prosthetics & Ortho,    334 Main Street Suite 2,    Dickson City, PA 18519-1770
4932075        +Lakeview Loan Servicing LLC,    4425 Ponce De Leon Blvd, 5th Fl,    Mail Stop, MS5/25,
                 Coral Gables, FL 33146-1837
4932077        +Lendmark Financial Services,    1753 Keyser Avenue,    Scranton, PA 18508-1215
4932078        +Liberty Mutual Insurance,    100 Liberty Way,    Dover, NH 03820-4597
4932081        +Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL 32960-3436
4932080        +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
4932082        +Medpsych Consultants LLC,    800 Oak Street,    Scranton, PA 18508-1255
4932084        +Moses Taylor Hospital,    P.O. Box 88107,    700 Quincy Avenue,    Scranton, PA 18510-1798
4941573        +NET Federal Credit Union,    126 South Main Street,    Pittston, PA 18640-1739
4932085        +Net Federal Cu,    920 Oak St,    Scranton, PA 18508-1236
4932086        +Northeast Revenue Service LLC,    Scranton City Hall, Treasurers,    340 North Washington Avenue,
                 Scranton, PA 18503-1546
4932087        +Pasi Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
4932089         Pennsylvania Physician Services,    Mailstop: 49111298,    P.O. Box 660827,
                 Dallas, TX 75266-0827
4932091        +Physicians Health Alliance,    P.O. Box 618,    Dunmore, PA 18512-0618
4932092        +Provident/shore Mortga,    770 S Adams,    Birmingham, MI 48009-6946
4932094        +Radiological Consultants, Inc.,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
4932093        +Radiological Consultants, Inc.,    P.O. Box 16655,    Jacksonville, FL 32245-6655
4932095        +Regional Hospital of Scranton,    746 Jefferson Avenue,    Scranton, PA 18510-1624
4932097       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court: Snap-on Credit Llc,     Po Box 506,    Gurnee, IL 60031)
4932096        +Scranton Ortho Specialists,    334 Main Street,    Dickson City, PA 18519-1769
4932100        +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
4932101        +The Bureaus Inc,    650 Dundee Rd No. 370,    Northbrook, IL 60062-2757
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: raymondwferrariopc@comcast.net Jan 15 2020 20:43:39       Raymond W. Ferrario,
                 Suite 528 Scranton Life Building,    538 Spruce Street,    Scranton, PA  18503-1816
tr             +EDI: BMJCONWAY.COM Jan 16 2020 00:43:00      Mark J. Conway (Trustee),
                 502 South Blakely Street,    Dunmore, PA 18512-2237
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 15 2020 20:44:48       United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr             +E-mail/Text: bncmail@w-legal.com Jan 15 2020 20:44:56       Scolopax, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
4944438        +E-mail/Text: csc.bankruptcy@amwater.com Jan 15 2020 20:45:41       AMERICAN WATER,    P.O. BOX 578,
                 ALTON , IL 62002-0578
4983464        +EDI: CINGMIDLAND.COM Jan 16 2020 00:43:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
4932055        +EDI: AAEO.COM Jan 16 2020 00:43:00      Aaron's,    309 East Paces Ferry Road NE,    Suite 1100,
                 Atlanta, GA 30305-2385
4932056        +EDI: AFNIRECOVERY.COM Jan 16 2020 00:43:00      Afni, Inc.,    P.O. Box 3097,
                 Bloomington, IL 61702-3097
4973551        +EDI: PRA.COM Jan 16 2020 00:43:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
4932058        +EDI: CAPITALONE.COM Jan 16 2020 00:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
4932061        +EDI: CCS.COM Jan 16 2020 00:43:00      Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
4932062        +EDI: CCS.COM Jan 16 2020 00:43:00      Credit Collection Services,    Payment Processing Center,
                 P.O. Box 55126,    Boston, MA 02205-5126
4932063        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 15 2020 20:48:25       Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
4937032        +EDI: CRESCENTBANK.COM Jan 16 2020 00:43:00      Crescent Bank & Trust,    P.O. Box 61813,
                 New Orleans, LA 70161-1813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4932064        +EDI: CRESCENTBANK.COM Jan 16 2020 00:43:00      Crescent Bank And Trus,
                 5401 Jefferson Hwy Ste D,    Harahan, LA 70123-4232
4982414         EDI: DIRECTV.COM Jan 16 2020 00:43:00      Directv, LLC,   by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
4932065        +EDI: DISCOVER.COM Jan 16 2020 00:43:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
4932069        +E-mail/Text: Banko@frontlineas.com Jan 15 2020 20:45:45      Frontline Asset Strategies LLC,
                 2700 Snelling Avenue N Suite 250,    Roseville, MN 55113-1783
4932072         E-mail/Text: bankruptcy@greenskycredit.com Jan 15 2020 20:43:53      GreenSky Trade Credit,
                 P.O. Box 933614,    Atlanta, GA 31193-3614
4932076         E-mail/Text: ktramble@lendmarkfinancial.com Jan 15 2020 20:43:41
                 Lendmark Financial Services,     2118 Usher Street,    Covington, GA 30014
4944397        +E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
4932079         E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
4932083         EDI: MID8.COM Jan 16 2020 00:43:00      Midland Credit Management, Inc.,    P.O. Box 60578,
                 Los Angeles, CA 90060-0578
4980332        +EDI: MID8.COM Jan 16 2020 00:43:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 WARREN, MI 48090-2011
4949432        +EDI: PRA.COM Jan 16 2020 00:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5194008        +E-mail/Text: bncmail@w-legal.com Jan 15 2020 20:44:56      Scolopax, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5194009        +E-mail/Text: bncmail@w-legal.com Jan 15 2020 20:44:56      Scolopax, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
                 Scolopax, LLC,   C/O WEINSTEIN & RILEY, PS 98121-3132
4932098        +EDI: SWCR.COM Jan 16 2020 00:43:00      Southwest Credit Syste,    4120 International Pkwy,
                 Carrollton, TX 75007-1958
4932099        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 15 2020 20:44:57
                 State Farm Insurance,    P.O. Box 588002,    North Metro, GA 30029-8002
4938375         E-mail/Text: bkrcy@ugi.com Jan 15 2020 20:45:35      UGI Utilities, Inc.,   PO Box 13009,
                 Reading PA 19612
4953570         EDI: AIS.COM Jan 16 2020 00:43:00      Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                TOTAL: 31

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bureaus Inc
cr*            +Crescent Bank & Trust,    P.O. Box 61813,    New Orleans, LA 70161-1813
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4946730*      ++LENDMARK FINANCIAL SERVICES,    2118 USHER ST,    COVINGTON GA 30014-2434
                (address filed with court:   Lendmark Financial Services, LLC,    2118 Usher Street,
                 Covington GA 30014)
4932090*       +Pennsylvania Physician Services,    Mailstop: 49111298,    P.O. Box 660827,
                 Dallas, TX 75266-0827
4947284*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:   Snap-on Credit, LLC,    950 Technology Way, Suite 301,
                 Libertyville, IL 60048)
4932088       ##+Penn Credit Corporatio,    916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                  TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                      Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

    James Warmbrodt   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
    John Fisher   on behalf of Creditor   NET Federal Credit Union johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
    Mark J. Conway (Trustee)   PA40@ecfcbis.com, mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
    Raymond W. Ferrario   on behalf of Debtor 2 Maureen Talarico raymondwferrariopc@comcast.net, ferrariobk@comcast.net
    Raymond W. Ferrario   on behalf of Debtor 1 Dominick Talarico raymondwferrariopc@comcast.net, ferrariobk@comcast.net
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    William E. Craig   on behalf of Creditor   Crescent Bank & Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                                                           TOTAL: 7

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | Dominick Talarico<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3615<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Maureen Talarico<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1175<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   6/8/17 |
| Case number: | 5:17–bk–02412–RNO | Date case converted to chapter: | 7   12/27/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dominick Talarico | Maureen Talarico |
| 2. | **All other names used in the last 8 years** | aka Dominick Joseph Talarico, aka Dom Talarico, aka Nick Talarico, aka Dom J Talarico, aka Dominick J Talarico | aka Maureen Lee Talarico, aka Maureen L Talarico |
| 3. | **Address** | 128 North Edwards Court<br>Scranton, PA 18504 | 128 North Edwards Court<br>Scranton, PA 18504 |
| 4. | **Debtor's attorney**<br>Name and address | Raymond W. Ferrario<br>Suite 528 Scranton Life Building<br>538 Spruce Street<br>Scranton, PA 18503–1816 | Contact phone 570 963–7878<br>Email: raymondwferrariopc@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Mark J. Conway (Trustee)<br>502 South Blakely Street<br>Dunmore, PA 18512 | Contact phone 570 343–5350<br>Email: PA40@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 1/15/20 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 7, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | Location:<br><br>**Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/7/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |